**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY                                       PLAINTIFF
COMMISSION**

**v.                           CASE NO. 4:10-CV-1072 BSM**

**ARKANSAS BAPTIST COLLEGE                                              DEFENDANT**

**ORDER**

The motion to dismiss or alternatively to stay filed by defendant Arkansas Baptist College [Doc. No. 6] is denied and the motion for entry of consent decree filed by plaintiff Equal Employment Opportunity Commission [Doc. No. 17] is granted.

This case was filed on July 26, 2010, and Arkansas Baptist moved for dismissal on September 27, 2010. At some point following the parties' settlement conference on December 06, 2010, but before disposal of the motion to dismiss, the parties resolved their differences and the EEOC delivered a consent decree to the court for entry. Although this court does not object generally to entering consent decrees, *see* Exhibit 1 of the Memorandum in Support of Plaintiff's Motion for Entry of Consent Decree, it declined to enter the one herein because it had doubts as to the merits of the case.

A hearing was conducted on March 30, 2011, and based on the representations of counsel, the court is now convinced that there are sufficient facts upon which to grant the EEOC's motion for entry of consent decree. This is true because the EEOC briefly described the direct evidence of discrimination that it would present at trial showing that Arkansas Baptist retaliated against Mary Jarrett. Arkansas Baptist did not dispute the evidence but

asserted that it would show that there was not discriminatory animus.

Accordingly, the motion for entry of consent decree filed by plaintiff Equal Employment Opportunity Commission [Doc. No. 17] is granted and the motion to dismiss or alternatively to stay filed by defendant Arkansas Baptist College [Doc. No. 6] is denied as moot.

IT IS SO ORDERED this 31st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE